UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE: SCOTT LYND                                    CASE NO. 19-10065
       DEBTOR                                        CHAPTER 13

AGREED ORDER ON MOTION TO APPROVE
LOAN MODIFICATION AGREEMENT
_____

        Upon agreement between the parties concerning the debtor's request for approval

of a loan modification (Doc #63) with the mortgage creditor Bayview Loan Servicing,

LLC and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that

the loan modification attached with debtor's motion is hereby SUSTAINED.


SEEN AND AGREED TO BY:

/s/ Scott Lynd
904 McCloud Drive
Worthington, KY 41183
Debtor


/s/ Bruce E. Blackburn, Bar No, 8275          /s/David Nalley
620 Greenup Ave.                              Reisenfeld & Associates, LLC
Raceland, Ky. 41169                           3962 Red Bank Road
Attorney for the Debtor                       |Cincinnati,OH45227



*Michael E. Litzinger*
Office of Chapter 13 Trustee
P.O. Box 2204
Lexington, KY 40588-2204
859-233-1527
mlitzinger@ch13edky.com

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
Bankruptcy Judge
Dated: Thursday, February 11, 2021
(tnw)